UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERRY D. COLEMAN,

                Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 0482 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 31 2007 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on July 27, 2007, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
        July 30, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court